IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MISC.S-04-0154-FCD-KJM |
| Plaintiff, | ) | |
| | ) | ORDER OF CONTINUING |
| v. | ) | GARNISHMENT PURSUANT TO |
| | ) | STIPULATION (Voluntary) |
| MARK TAYLOR, | ) | |
| | ) | |
| Defendant and | ) | |
| Judgment Debtor. | ) | |
| _____ | ) | |
| | ) | |
| KIRKLEY CORPORATION, | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee Kirkley Corporation shall withhold each month, $215.00 of defendant's disposable earnings**\***, and remit said amount (annotated with Defendant's name and docket No. CR S 03-101-FCD) to the United States District Court, 501 I Street, Suite 4-200, Sacramento, CA 95814, until the judgment is paid in full, or until further order of the Court.

DATED:  April 23, 2007.

_____
U.S. MAGISTRATE JUDGE

**\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)